**Order filed October 4, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00832-CV
_____

**NABILCO INC. and D. HOUSTON, INC. D/B/A TREASURES, Appellants**

**V.**

**THE STATE OF TEXAS and THE CITY OF HOUSTON, Appellees**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-28683**

---

# O R D E R

On September 11, 2012, appellants filed a Notice of Removal of this case to the United States District Court for the Southern District of Texas. Although the notice stated that a copy of the Notice of Removal filed in the court below was attached to the notice, no attachment was filed.

Appellants are ordered to file with the clerk of this court a supplement to their Notice of Removal on or before **October 15, 2012**, containing the Notice of Removal filed in the court below pursuant to 28 U.S.C. § 1446(d).

The appeal will not be abated until the required notice has been filed in this court. *See* 28 U.S.C. § 1446(d).


PER CURIAM